# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

      v.                                             Crim. No. 7:20-CR-146-1FL

**MICHAEL JOSEPH REINHART**

      On January 18, 2023, the above named was placed on probation for a period of 48 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                          I declare under penalty of perjury that the foregoing is true and correct.

                                          /s/Timothy L. Gupton  
                                          Timothy L. Gupton  
                                          Senior U.S. Probation Officer  
                                          310 New Bern Avenue, Room 610  
                                          Raleigh, NC 27601-1441  
                                          Phone: 919-861-8686  
                                          Executed On: July 14, 2025

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this _2nd_ day of _September_, 2025.

                                                      Louise W. Flanagan  
                                                      U.S. District Judge

*[Handwritten note:]* Best wishes Mr. Reinhart going forward! Judge Flanagan